**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA**

**THOMAS and MICHELLE RINKER,** :

   **Plaintiffs** :

                                 **CIVIL ACTION NO. 3:15-1293**

   **v.** :

                                   **(JUDGE MANNION)**

**SCOTT AMORI,** *ESQ., et al.*, :

   **Defendants** :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Amori defendants' motion to dismiss, (Doc. 43), is **DENIED** with respect to plaintiff Thomas Rinker's claims against them in Counts I and II of the SAC, (Doc. 40), and these claims against Amori defendants will **PROCEED**.

2. Amori defendants' motion to dismiss, (Doc. 43), is **GRANTED** with respect to plaintiffs' claims against them in Count III of the SAC, (Doc. 40), and this claim against Amori defendants is **DISMISSED WITH PREJUDICE**.

3. Plaintiff Michelle Rinker is **DISMISSED WITH PREJUDICE** from this case.

4. The motion of defendant Marsh, (Doc. 45), to dismiss plaintiff Thomas Rinker's claims in Counts II and III of the SAC, (Doc. 40), is **GRANTED** and these claims are **DISMISSED WITH PREJUDICE** as against Marsh.

5. The motion of defendant Marsh, (Doc. 45), to dismiss plaintiff Thomas Rinker's claim in Count I of the SAC, (Doc. 40), is **DENIED** and this claim as against Marsh will **PROCEED**.

6. Plaintiff Thomas Rinker's claims for emotional distress and for attorney's fees in his SAC are

>       **DISMISSED WITH PREJUDICE**, and the allegations in the SAC referencing "recklessness" are **STRICKEN**.

7.  Amori defendants and defendant Marsh are directed to file their answers to the remaining claims against them in plaintiff Thomas Rinker's SAC on or before April 8, 2016.

                                    s/ *Malachy E. Mannion*
                                    **MALACHY E. MANNION**
                                    **United States District Judge**

**Dated: March 22, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-1293-01-ORDER.wpd