# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THOMAS RINKER,** | : |
| Plaintiff | : |
| | :    **CIVIL ACTION NO. 3:15-1293** |
| v. | : |
| | :    **(JUDGE MANNION)** |
| **SCOTT AMORI,** *ESQ., et al.*, | : |
| Defendants | : |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Amori defendants' motion for summary judgment, (Doc. 61), is **GRANTED** with respect to all of plaintiff Rinker's claims against them in Counts I and II of the SAC, (Doc. 40), and **JUDGMENT** is entered in favor of Amori defendants and against Rinker on all of these claims.

2. The motion of defendant Marsh, (Doc. 66), for summary judgment with respect to plaintiff Rinker's claim in Count I of the SAC, (Doc. 40), is **GRANTED** and **JUDGMENT** on this claim is entered in favor of Marsh and against Rinker.

3. Plaintiff Rinker's request for leave of court to conduct supplemental discovery and obtain a damages expert witness, (Doc. 79), is **DENIED**.

4. The Clerk is directed to close this case.

                                            s/ *Malachy E. Mannion*
                                            **MALACHY E. MANNION**
                                            **United States District Judge**

**Dated: November 22, 2016**